FILED
U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA

02 AUG 30 PM 1:59

CEDAR RAPIDS, IOWA

BY _____

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE MCLEODUSA INCORPORATED SECURITIES LITIGATION<br><br>This Document Relates To: All Actions | Civ. Action No. C02-0001 |

## DEFENDANTS' MOTION TO DISMISS
## CONSOLIDATED AMENDED CLASS ACTION COMPLAINT

Pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and the provisions of the Private Securities Litigation Reform Act, and for the reasons stated in the attached memorandum, defendants Clark E. McLeod, Stephen C. Gray, J. Lyle Patrick, and Chris A. Davis hereby move the Court for an order dismissing plaintiffs' Consolidated Amended Class Action Complaint for Violation of the Federal Securities Laws, with prejudice.

CLI-688057v1

29

Dated: August 30, 2002

Respectfully submitted,

*[signature: Richard S. Fry]*

Richard S. Fry
Kevin H. Collins
Shuttleworth & Ingersoll, P.L.C.
500 Firstar Bank Building
P.O. Box 2107
Cedar Rapids, Iowa 52406
(319) 365-9461

Richard I. Werder, Jr.
Jones, Day, Reavis & Pogue
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
(216) 586-3939

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2002, I caused true and correct copies of the foregoing Defendants' Motion to Dismiss Consolidated Amended Complaint, together with supporting memorandum and exhibits, to be mailed, first-class, postage-prepaid, to Liaison Counsel for the Class, Tom Riley, 4040 First Avenue NE, P.O. Box 998, Cedar Rapids, Iowa 52406-0998; and to Co-Lead Counsel for the Class, Sanford P. Dumain, Milberg Weiss Bershad Hynes & Lerach LLP, One Pennsylvania Plaza, New York, New York 10119, and Darren Check, Schriffrin & Barroway, LLP, Three Bala Plaza East, Suite 400, Bala Cynwyd, Pennsylvania 19004.

_____
Attorney for Defendants

CLI-688057v1