# UNITED STATES DISTRICT COURT
## IN AND FOR THE NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

|  |  |
|---|---|
| IN RE MCLEOD USA INCORPORATED SECURITIES LITIGATION | NO. C02-001<br><br>ORDER FOR STATUS CONFERENCE |

The Court will conduct a status conference involving lead counsel only for plaintiffs and defendants on **Friday, March 21, 2003, at 10:00 a.m.** The status conference will be by telephone, with counsel for defendants responsible for making all telephonic arrangements. The undersigned may be reached at (563) 322-6412.

IT IS SO ORDERED.

Dated this 11th day of March, 2003.

THOMAS J. SHIELDS
UNITED STATES MAGISTRATE JUDGE

Copies mailed on 3-12-03 to counsel of record or pro se parties as shown on the docket sheet.

K. Jorgensen
Deputy Clerk





# FAX TRANSMISSION

U.S. District Court
Northern District of Iowa
101 First Street S.E.
Cedar Rapids, Iowa 52401
James D. Hodges, Jr., Clerk
PH: 319 286 2300
FX: 319 286 2301

OFFICE OF THE CLERK
NORTHERN DISTRICT OF IOWA

FROM: Karen Yorgenson
TO: Peter C. Riley
COMPANY: Tom Riley Law Firm, PC
FAX NUMBER: 9, 363 9789
Time Sent: Wednesday, Mar 12, 2003  02:50PM
Total Pages: 2
Subject: C02-1 (Order)

Note:

```
            CONFIRMATION INFORMATION
        Sent at: 2:53PM, 3/12/2003
            Number of pages: 2
              Resolution: FINE
        Fax number: 9, 363 9789
 Destination name: Tom Riley Law Firm, PC
           Sender name: KARENY
        Description: C02-1 (Order)
         STATUS: SENT SUCCESSFULLY
```



# FAX TRANSMISSION

**OFFICE OF THE CLERK**
**NORTHERN DISTRICT OF IOWA**

U.S. District Court
Northern District of Iowa
101 First Street S.E.
Cedar Rapids, Iowa 52401
James D. Hodges, Jr., Clerk
PH: 319 286 2300
FX: 319 286 2301

| | |
|---|---|
| FROM: | Karen Yorgenson |
| TO: | David L. Phipps |
| COMPANY: | Whitfield & Eddy, PLC |
| FAX NUMBER: | 7, 515 246 1474 |
| Time Sent: | Wednesday, Mar 12, 2003  02:50PM |
| Total Pages: | 2 |
| Subject: | C02-1 (Order) |

Note:

```
            CONFIRMATION INFORMATION
          Sent at: 2:54PM, 3/12/2003
              Number of pages: 2
                Resolution: FINE
         Fax number: 7, 515 246 1474
    Destination name: Whitfield & Eddy, PLC
              Sender name: KARENY
          Description: C02-1 (Order)
            STATUS: SENT SUCCESSFULLY
```



# FAX TRANSMISSION

*U.S. District Court*
*Northern District of Iowa*
*101 First Street S.E.*
*Cedar Rapids, Iowa 52401*
*James D. Hodges, Jr., Clerk*
*PH: 319 286 2300*
*FX: 319 286 2301*

## OFFICE OF THE CLERK
## NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| FROM: | Karen Yorgenson |
| TO: | Kelly R. Baier |
| COMPANY: | Bradley & Riley, PC |
| FAX NUMBER: | 9, 363 9824 |
| Time Sent: | Wednesday, Mar 12, 2003   02:50PM |
| Total Pages: | 2 |
| Subject: | C02-1 (Order) |

Note :

```
            CONFIRMATION INFORMATION
          Sent at: 2:56PM, 3/12/2003
               Number of pages: 2
                 Resolution: FINE
           Fax number: 9, 363 9824
      Destination name: Bradley & Riley, PC
               Sender name: KARENY
            Description: C02-1 (Order)
             STATUS: SENT SUCCESSFULLY
```



# FAX TRANSMISSION

U.S. District Court
Northern District of Iowa
101 First Street S.E.
Cedar Rapids, Iowa 52401
James D. Hodges, Jr., Clerk
PH: 319 286 2300
FX: 319 286 2301

OFFICE OF THE CLERK
NORTHERN DISTRICT OF IOWA

FROM:      Karen Yorgenson
TO:        Richard S. Fry
COMPANY:   Shuttleworth & Ingersoll,
FAX NUMBER: 9, 365 8443
Time Sent: Wednesday, Mar 12, 2003  02:50PM
Total Pages: 2
Subject:   C02-1 (Order)

Note :

```
         CONFIRMATION INFORMATION
       Sent at: 2:57PM, 3/12/2003
           Number of pages: 2
             Resolution: FINE
       Fax number: 9, 365 8443
 Destination name: Shuttleworth & Ingersoll,
           Sender name: KARENY
       Description: C02-1 (Order)
         STATUS: SENT SUCCESSFULLY
```



# FAX TRANSMISSION

**U.S. District Court**
**Northern District of Iowa**
**101 First Street S.E.**
**Cedar Rapids, Iowa 52401**
**James D. Hodges, Jr., Clerk**
**PH: 319 286 2300**
**FX: 319 286 2301**

## OFFICE OF THE CLERK
## NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| FROM: | Karen Yorgenson |
| TO: | Steven P. Wandro |
| COMPANY: | Wandro & Associates, PC |
| FAX NUMBER: | 7, 515 281 1474 |
| Time Sent: | Wednesday, Mar 12, 2003  02:50PM |
| Total Pages: | 2 |
| Subject: | C02-1 (Order) |
| Note: | |

```
             CONFIRMATION INFORMATION
          Sent at: 2:59PM, 3/12/2003
              Number of pages: 2
                Resolution: FINE
         Fax number: 7, 515 281 1474
       Destination name: Wandro & Associates, PC
              Sender name: KARENY
           Description: C02-1 (Order)
            STATUS: SENT SUCCESSFULLY
```



# FAX TRANSMISSION

**OFFICE OF THE CLERK
NORTHERN DISTRICT OF IOWA**

U.S. District Court
Northern District of Iowa
101 First Street S.E.
Cedar Rapids, Iowa 52401
James D. Hodges, Jr., Clerk
PH: 319 286 2300
FX: 319 286 2301

| | |
|---|---|
| FROM: | Karen Yorgenson |
| TO: | Steven J. Toll |
| COMPANY: | Cohen, Milstein, Hausfeil |
| FAX NUMBER: | 7, 202 408 4699 |
| Time Sent: | Wednesday, Mar 12, 2003   02:50PM |
| Total Pages: | 2 |
| Subject: | C02-1 (Order) |

Note:

```
            CONFIRMATION INFORMATION
         Sent at: 3:01PM, 3/12/2003
              Number of pages: 2
                Resolution: FINE
         Fax number: 7, 202 408 4699
    Destination name: Cohen, Milstein, Hausfeil
              Sender name: KARENY
           Description: C02-1 (Order)
            STATUS: SENT SUCCESSFULLY
```



# FAX TRANSMISSION

### OFFICE OF THE CLERK
### NORTHERN DISTRICT OF IOWA

U.S. District Court
Northern District of Iowa
101 First Street S.E.
Cedar Rapids, Iowa 52401
James D. Hodges, Jr., Clerk
PH: 319 286 2300
FX: 319 286 2301

| | |
|---|---|
| FROM: | Karen Yorgenson |
| TO: | Joseph H. Weiss |
| COMPANY: | Weiss & Yourman |
| FAX NUMBER: | 7, 212 682 3010 |
| Time Sent: | Wednesday, Mar 12, 2003  02:50PM |
| Total Pages: | 2 |
| Subject: | C02-1 (Order) |

Note:

```
         CONFIRMATION INFORMATION
     Sent at: 3:02PM, 3/12/2003
         Number of pages: 2
           Resolution: FINE
     Fax number: 7, 212 682 3010
  Destination name: Weiss & Yourman
         Sender name: KARENY
      Description: C02-1 (Order)
        STATUS: SENT SUCCESSFULLY
```

# FAX TRANSMISSION

**OFFICE OF THE CLERK
NORTHERN DISTRICT OF IOWA**

U.S. District Court
Northern District of Iowa
101 First Street S.E.
Cedar Rapids, Iowa 52401
James D. Hodges, Jr., Clerk
PH: 319 286 2300
FX: 319 286 2301

| | |
|---|---|
| FROM: | Karen Yorgenson |
| TO: | Kevin H. Collins |
| COMPANY: | Shuttleworth & Ingersoll, |
| FAX NUMBER: | 9, 365 8564 |
| Time Sent: | Wednesday, Mar 12, 2003  02:50PM |
| Total Pages: | 2 |
| Subject: | C02-1 (Order) |

Note:

CONFIRMATION INFORMATION
Sent at: 3:59PM, 3/12/2003
Number of pages: 2
Resolution: FINE
Fax number: 9, 365 8564
Destination name: Shuttleworth & Ingersoll,
Sender name: KARENY
Description: C02-1 (Order)
STATUS: SENT SUCCESSFULLY