FILED
U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA

2003 OCT 15 PM 3: 21

CEDAR RAPIDS HDQTRS. OFFICE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

-----------------------------------------------------------x

IN RE MCLEODUSA INCORPORATED
SECURITIES LITIGATION

Civil Action N8YC02-0001-MWB

-----------------------------------------------------------x

This Document Relates To:   All Actions

SECOND MOTION TO ENLARGE TIME TO RESPOND TO DEFENDANTS' OBJECTIONS TO REPORT AND RECOMMENDATION FOR DEFENDANTS' MOTION TO DISMISS

-----------------------------------------------------------x

COME NOW Plaintiffs and move the Court to enlarge the time to Respond to Defendants' Objections to Report and Recommendation for Defendants' Motion to Dismiss, and state as follows:

1.  The Plaintiffs previously moved for, and were granted, an enlargement of time to Respond to Defendants' Objections to Report and Recommendation for Defendants' Motion to Dismiss. This Motion for Enlargement of Time was made for the purpose of providing the same amount of time to respond to the objections as were granted to the Defendants to make their objections.

2.  Lead counsel for the Plaintiffs now request via this motion an additional seven days in which to file their response. Co-lead counsel, Milberg, Weiss, Bershad, Hynes & Lerach, L.L.P. and Schiffrin & Barroway, L.L.P, seek additional time to coordinate their input into the draft response.

3.  The draft response is presently substantially complete and could be filed by the Court's presently-ordered deadline of October 16, 2003, but it is believed that if an additional seven days is granted, allowing additional time for review and editing by counsel with both lead counsel firms, a more succinct response can be produced.

4. Liaison counsel for Plaintiffs has contacted liaison counsel for Defendants to determine if there is any objection to this Motion to Enlarge Time, and has been advised that there is no objection to this Motion to Enlarge Time.

WHEREFORE, Plaintiffs pray that the Court grant this Motion for Enlargement of Time and Extend the Time to Respond to Defendants' Objections to Report and Recommendation for Defendants' Motion to Dismiss Consolidated Amended Complaint to October 23, 2003.

Respectfully submitted,

THE TOM RILEY LAW FIRM

By: _____
Peter Riley, #LI0004605
4040 First Avenue NE
PO Box 998
Cedar Rapids, Iowa 52406-0998
Telephone: (319) 363-4040
Facsimile: (319) 363-9789

**Liaison Counsel**

        Sanford P. Dumain, Esq.
        Carlos Ramirez, Esq.
        **MILBERG WEISS BERSHAD HYNES & LERACH LLP**
        One Pennsylvania Plaza
        New York, New York  10119
        Telephone:  (212) 594-5300
        Facsimile:  (212) 868-1229

        **SCHIFFRIN & BARROWAY, LLP**
        David Kessler, Esq.
        Andrew Zivitz, Esq.
        Three Bala Plaza East
        Suite 400
        Bala Cynwyd, Pennsylvania  19004
        Telephone:  (610) 667-7706
        Facsimile: (610) 667-7056

        **Co-Lead Counsel**

This Motion is granted on _____.

        _____
        The Honorable Thomas Shields
        Chief United States Magistrate Judge