O:phv

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

|  |  |  |
|---|---|---|
| IN RE McLEODUSA INCORPOR-<br>ATED SECURITIES<br>LITIGATION | ) ) ) ) | No. C 02-1 MWB |
| This Document Relates To:<br>All Actions | ) ) ) ) | ORDER |

Upon application and pursuant to Administrative Order 1213, it is ORDERED the motion to appear pro hac vice (document #162) is granted.

Attorney Jeffrey T. Spinazzola is admitted to practice in the Northern District of Iowa for the purpose of trying the above-captioned matter. (Above counsel has paid the required pro hac vice admission fee.)

DATED March 8, 2005

PRIDGEN J. WATKINS
U.S. District Court
Northern District of Iowa

By: /s Dianne Eveland
Clerk

A copy of this document has been mailed/faxed to all counsel of record, pro se parties and others listed and not shown as having been served electronically under the cm/ecf system:

3/8/05 - de copy mailed to non-ecf cnsl