FILED
U.S. DISTRICT COURT
SIOUX CITY ~~~~~~~~ OFFICE
NORTHERN DISTRICT OF IOWA

APR 2 1 2005

By: _____ DEPUTY

AO82
Rev 0599
IAN

**ORIGINAL**
RECEIPT FOR PAYMENT
UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF IOWA

126238

at Sioux City

RECEIVED FROM Heidman Law Firm
P.O. Box 3086
Sioux City, IA
51102

Fund:
6855XX-D08IANX
 Deposit Fund
604700-D08IANX
 Registry Fund
General & Special Funds:
085000 Atty Adm Fees
086900 Filing Fees
0869PL Prisoner IFP F.Fees
109900 Criminal Debt Penalty /
 Costs of Prosecution
322350 Copy Fees
322360 Miscellaneous Fees
504100 Crime Victims Fund
510000 Filing Fees Spec Acct
5100PL Prisoner IFP Filing Fee
510100 Registry Fee Assessed

| ACCOUNT | AMOUNT | |
|---|---|---|
| 6855XX | 75 | 00 |
| | | |
| TOTAL | 75 | 00 |

Case Number or Other Reference
C02-0001 MWB

Pro hac vice
fee for atty.
Jennifer Good

Checks and drafts are accepted subject to collection
and full credit will only be given when the check or
draft has been accepted by the financial institution
on which it was drawn.

#30622

DATE 4-21-05   Cash  Check X  M.O.  Credit   DEPUTY CLERK: _____