### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

|  |  |  |
|---|---|---|
|  | * | Civil No. 1:02-CV-00001-MWB |
| **IN RE MCLEODUSA** | * |  |
| **INCORPORATED SECURITIES** | * |  |
| **LITIGATION** | * | **ORDER** |
|  | * |  |

Plaintiffs' Motion to File Over-Length Brief (Clerk's No. 208) filed on May 16, 2005, is granted. Plaintiffs are granted leave to file a brief which exceeds the length allowed by L.R. 7.1(h).

IT IS SO ORDERED.

Dated May 18, 2005.

_____
THOMAS J. SHIELDS
UNITED STATES MAGISTRATE JUDGE