UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
-----------------------------------------------------------------X
                                                                       :

IN RE MCLEODUSA INCORPORATED      :
SECURITIES LITIGATION                      :
                                                                       : Civil Action No. C02-0001

This Document Relates to:  ALL ACTIONS    :
                                                                       :
                                                                       :
-----------------------------------------------------------------X

## Certificate of Service

I, Steven M. Metro, hereby certify that on June 20, 2005, I electronically filed the foregoing STIPULATION OF EXTENSION OF TIME FOR RESPONSES BY DEFENDANT CHRIS DAVIS TO PLAINTIFFS' FIRST SET OF INTERROGATORIES with the Clerk of Court using the CM/ECF system, which sent notification of such filing to the following counsel:

David L. Baker, Esq.
Riccolo & Baker, P.C.
Suite 1140, APAC Building
425 Second Street, S.E.
Cedar Rapids, Iowa 52401
Facsimile: 319-365-1114

Trevan Borum, Esq.
Heather Tashman, Esq.
Andrew L. Zivitz
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19087
Facsimile: 610-667-7056

Joseph D. Cohen, Esq.
Weiss & Lurie
551 Fifth Avenue, Suite 1600
New York, New York 10176
Facsimile: 212-682-3010

Kevin H. Collins, Esq.
Richard S. Fry, Esq.
Diane H. Kutzko, Esq.
Shuttleworth & Ingersoll
115 Third St. SE
P. O. Box 2107, Suite 500
Cedar Rapids, IA 52406
Facsimile: 319-365-8725

Sanford P. Dumain, Esq.
Rachel S. Fleishman, Esq.
Steven G. Schulman
Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza
New York, NY 10119
Facsimile: 212-868-1229


Alan E. Fredregill, Esq.
John C. Gray, Esq.
Heidman, Redmond, Fredregill, Patterson,
Plaza, Dykstra & Prahl, L.L.P.
701 Pierce Street, Suite 200
P. O. Box 3086
Sioux City, Iowa 51102
Facsimile: 712-258-6714

Gregory M. Nespole, Esq.
Wolf Haldenstein Adler Freeman
& Herz LLP
270 Madison Avenue
New York, New York 10016
Facsimile: 212-545-4653

Richard L. Pazdernik, Jr., Esq.
Nazette, Marner, Wendt, Knoll
& Usher, L.L.P
100 First Street Southwest
Cedar Rapids, Iowa 52404
Facsimile: 319-364-1116

David L. Phipps, Esq.
Whitfield & Eddy
317 6th Avenue, Suite 1200
Des Moines, Iowa 50309
Facsimile: 515-246-1474

Peter C. Riley, Esq.
Tom J. Riley, Esq.
Tom Riley Law Firm
4040 First Ave. NE
Cedar Rapids, IA 52406
Facsimile: 319-363-9789

Mark J. Stein, Esq.
Beth E. Roxland, Esq.
Scott Woodham Bulcao
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017-3954
Facsimile: 212-455-2502


Richard I. Werder, Jr., Esq.
Howard F. Sidman, Esq.
Jones Day
222 East 41st St.
New York, NY 10017
Facsimile: 212-755-7306

Steven J. Toll, Esq.
Cohen, Milstein, Hausfeld & Toll, PLLC
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005-3934
Facsimile: 202-408-4699

Steven P. Wandro, Esq.
Wandro, Baer & Casper, P.C.
2501 Grand Avenue, Suite B
Des Moines, Iowa 50312
Facsimile: 515-281-1474

I further certify that on June 21, 2005, a true and correct copy of the foregoing STIPULATION OF EXTENSION OF TIME FOR RESPONSES BY DEFENDANT CHRIS DAVIS TO PLAINTIFFS' FIRST SET OF INTERROGATORIES was served on the following counsel:

Andrew L Barroway
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19087

Steven E Cauley
Cauley, Geller, Bowman & Coates, LLP
PO Box 25438
Little Rock, AR 72223

Katherine B DuBose
Wolf Haldenstein Adler Freeman & Herz LLC
270 Madison Avenue
New York, NY 10016

Jeffrey T Spinazzola
Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza
49th Floor
New York, NY 10119-0165

/s/ Steven M. Metro