# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| IN RE MCLEODUSA INCORPORATED SECURITIES LITIGATION, | No. C02-001-MWB<br><br>**ORDER REGARDING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS ON LOSS CAUSATION, DEFENDANTS' MOTION FOR CLASS CERTIFICATION AND MCLEODUSA'S MOTION FOR JUDGMENT ON THE PLEADINGS ON NEW MILLENNIUM GROWTH FUND'S INDIVIDUAL AND PUTATIVE CLASS PROOFS OF CLAIM** |

_____

This matter comes before the court on plaintiffs' Motion For Class Certification (#190), defendants' Motion For Judgment On The Pleadings on "Loss Causation" (#204), and, McLeodUSA's Motion For Judgment On The Pleadings On New Millennium Growth Fund's Individual And Putative Class Proofs Of Claim (#259). The court notes that McLeodUSA has filed a voluntary petition for bankruptcy. As a result, this action is stayed pursuant to the automatic stay provision of the United States Bankruptcy Code. *See* 11 U.S.C. § 362(a). Because the outcome of bankruptcy proceedings, and the incumbent delay caused by those proceedings, may well effect the parties' positions on the pending

motions, the court shall dismiss plaintiffs' Motion For Class Certification, defendants' Motion For Judgment On The Pleadings on "Loss Causation"; and, McLeodUSA's Motion For Judgment On The Pleadings On New Millennium Growth Fund's Individual And Putative Class Proofs Of Claim without prejudice to refiling after the bankruptcy proceedings are concluded or the bankruptcy stay is lifted. The dismissal of these motions without prejudice will permit the parties to reevaluate their positions following the bankruptcy proceedings and will simplify the briefing process by eliminating the need for the filing of supplemental memorandums to take into account any new developments that transpire in the interim period.

Therefore, the court **denies without prejudice** plaintiffs' Motion For Class Certification, defendants' Motion For Judgment On The Pleadings on "Loss Causation", and McLeodUSA's Motion For Judgment On The Pleadings On New Millennium Growth Fund's Individual And Putative Class Proofs Of Claim.

**IT IS SO ORDERED.**

**DATED** this 19th day of December, 2005.

_____
MARK W. BENNETT
CHIEF JUDGE, U. S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA