**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION**

| | |
|---|---|
| IN RE MCLEODUSA INCORPORATED SECURITIES LITIGATION, | No. C02-0001-MWB<br><br>**ORDER REGARDING NAMED PLAINTIFFS' MOTION FOR AWARD OF COSTS AND REIMBURSEMENT OF EXPENSES TO NAMED PLAINTIFFS** |

_____

This matter comes before the court on the named plaintiffs' Motion For Award Of Costs And Reimbursement Of Expenses To Named Plaintiffs (#332). The court will take up plaintiffs' motion at the hearing in this case currently set for Wednesday, November 29, 2006.

**IT IS SO ORDERED.**

**DATED** this 22nd day of November, 2006.

_____
MARK W. BENNETT
CHIEF JUDGE, U. S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA