UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

|  |  |  |
|---|---|---|
| IN RE McLEODUSA INCORPORATED SECURITIES LITIGATION | : : : : | Civil Action No. C02-0001 |
| This Document Relates To: ALL ACTIONS | : : : : : | |

**JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, FINAL CERTIFICATION OF SETTLEMENT CLASS, AND APPROVAL OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

COME NOW, pursuant to Fed.R.Civ.P. 23(e), Lead Plaintiffs, New Millennium Growth Fund LLC, Richard C. Chapman for the Chapman Trust and proposed class representative Jeffrey A. Brandes, on behalf of the proposed class, and Defendants, Clark E. McLeod, Stephen C. Gray, J. Lyle Patrick and Chris A. Davis (the "Parties"), all parties to this litigation jointly move the Court for an order granting; i) final approval to the settlement of the above-captioned Action, embodied in the Stipulation and Agreement of Settlement dated September 14, 2006; ii) final certification of a Settlement Class; iii) approval of the Plan of Allocation; and iv) approval of Plaintiffs' Counsel's application for an award of attorneys' fees and reimbursement of expenses.

In support of this Motion, the Parties submit the:

    1.    Declaration of Sanford P. Dumain, David Kessler and Joseph H. Weiss in Support of Final Approval of Class Action Settlement and Application for Award of Attorneys' Fees and Reimbursement of Expenses;

1

    2.    Exhibit 1-8 to the Joint Declaration, described therein; and
    3.    Plaintiffs' Memorandum in Support of Final Approval of Settlement, Plan of Allocation and reimbursement of Expenses to Plaintiffs' Counsel Settlement.

WHEREFORE Lead Plaintiffs and Defendants pray that the Court grant this Motion and the relief requested herein.

Dated: November 22, 2006

**THE TOM RILEY LAW FIRM, P.L.C.**

By:   /s/ Peter C. Riley
Tom Riley (#LI0004610)
Peter C. Riley (#LI0004605)
4040 First Avenue NE
P.O. Box 998
Cedar Rapids, Iowa 52406-0998
Telephone: (319) 363-4040
Facsimile: (319) 363-9789
E-mail: peterr@trlf.com

**Liaison Counsel for the Class**
Sanford P. Dumain
Rachel S. Fleishman
**MILBERG WEISS BERSHAD
  & SCHULMAN LLP**
One Pennsylvania Plaza
New York, New York 10119
(212) 594-5300

Andrew Zivitz
Trevan Borum
**SCHIFFRIN & BARROWAY, LLP**
Three Bala Plaza East, Suite 400
Bala Cynwyd, Pennsylvania 19004
(610) 667-7706

**Co-Lead Counsel for the Class**

Joseph H. Weiss
Joseph D. Cohen
**WEISS & LURIE**
551 Fifth Avenue
New York, New York 10176
(212) 682-3025

**Counsel for Plaintiffs**

Certificate of Service

      The undersigned hereby certifies that a true and correct copy of the above and foregoing was served by United States Mail, Postage Prepaid upon all non-ECF firms, on the 22nd day of November, 2006.

                              By: /s/ Peter C. Riley
                                    Tom Riley (#LI0004610)
                                    Peter C. Riley (#LI0004605)
                                    **TOM RILEY LAW FIRM, P.L.C.**
                                    4040 First Avenue NE
                                    P.O. Box 998
                                    Cedar Rapids, IA 52406-0998
                                    Ph.:  (319) 363-4040
                                    Fax:  (319) 363-9789
                                    E-mail: peterr@trlf.com

                                    **Lead Plaintiffs' Liaison Counsel**