UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION
——————————————————————x
:
IN RE McLEODUSA INCORPORATED  : Civil Action No. C02-0001-MWB
SECURITIES LITIGATION         :
                              :
——————————————————————        :
                              :
This Document Relates To:  ALL ACTIONS  :
                              :
——————————————————————x

### AFFIDAVIT IN SUPPORT OF APPLICATION FOR AWARD
### FOR ATTORNEYS' FEES

Peter C. Riley, being first duly sworn, deposes and says:

I am a member and manager of the Tom Riley Law Firm, P.L.C. I submit this affidavit in support of my firm's application for an award of attorneys' fees in connection with services rendered in this case from inception through November 17, 2006 (the "Time Period"), as well as reimbursement of expenses incurred by my firm in connection with this litigation.

1. My firm acted as plaintiffs' local counsel in this class action.

2. The schedule attached hereto as Exhibit "A" is a summary indicating the amount of time spent by each attorney and paralegal of my firm who was involved in this litigation during the Time Period, and the fee calculation based on my firm's current billing rates. For attorney Anne Updegraff, who is no longer employed by my firm, the fee calculation is based upon the billing rate for Ms. Updegraff in her final year of employment by my firm. The schedule was prepared from contemporaneous daily time records regularly prepared and maintained by my firm, which are available at the request of the Court. Time expensed in preparing this application for fees and reimbursement of expenses has not been included in this request.

3. The hourly rates for the attorneys and paralegals in my firm included in Exhibit "A" are the same as the regular current rates charged for their services in non-contingent matters and/or which have been accepted in other securities or shareholder litigation.

4. The total number of hours expended on this litigation by my firm during the Time Period is 329.20 hours. The total fees for my firm is $58,544.00, consisting of $53,640.00 for attorneys' time and $4,904.00 for paralegals' time.

5. My firm's fees are based upon the firm's billing rates, which rates do not including charges for expense items. Expense items are billed separately and such charges are not duplicated in my firm's billing rates.

6. As detailed in Exhibit "B", my firm has incurred a total of $5,430.09 in unreimbursed expenses in connection with the prosecution of this litigation during the Time Period.

7. The expenses incurred in this action are reflected on the books and records of my firm. These books and records are prepared from expense vouchers, check records and other source materials and are an accurate record of the expenses incurred.

8. With respect to the standing of my firm, attached as Exhibit "C" is a brief biography of my firm and attorneys in my firm who were principally involved in this litigation.

_____
PETER C. RILEY

Subscribed and sworn to before me on this 17th day of November, 2006.

_____
Notary Public in and for the State of Iowa

Exhibit "A"

In re McLeod Securities Litigation

**TOM RILEY LAW FIRM, P.L.C**

Inception to November 17, 2006

| Name | Total Hrs. | Hourly Rate | Total |
|---|---|---|---|
| **PARTNERS** | | | |
| Tom Riley | 61.2 | $250.00 | $15,300.00 |
| Peter Riley | 180.9 | $200.00 | $36,180.00 |
| Mark Liabo | 2.5 | $200.00 | $500.00 |
| T. Todd Becker | 0.5 | $200.00 | $100.00 |
| Thomas J. Currie | 0.1 | $200.00 | $20.00 |
| Anne Updegraff | 7.5 | $200.00 | $1,500.00 |
| Hugh Albrecht | 0.2 | $200.00 | $40.00 |
| | | | |
| | | | |
| | | | |
| **PARALEGALS** | | | |
| Julie Wulfekuhle | 7.8 | $80.00 | $624.00 |
| Aimee Vogeler | 28.5 | $80.00 | $2,280.00 |
| Jennifer Paine | 6 | $50.00 | $300.00 |
| Phyllis Ditch | 34.0 | $50.00 | $1,700.00 |

# TOM RILEY LAW FIRM, P.L.C.

P.O. Box 998
Cedar Rapids, IA 52406
Telephone: (319) 363-4040

## STATEMENT FOR PROFESSIONAL SERVICES

November 17, 2006

MCLEOD SECURITIES LITIGATION

Our Case Code: WATEI-1/TRR

NAME OF MATTER: Business

| DATE | COSTS ADVANCED | AMOUNT |
|---|---|---|
| 03/12/02 | Mileage #36186 | 2.66 |
| 03/19/02 | Clerk of Court #7681 | 30.00 |
| 03/20/02 | Kinko's #36129 | 430.36 |
| 03/29/02 | Photocopy Expense | 1,542.20 |
| 03/29/02 | Postage | 381.69 |
| 03/29/02 | Telephone Expense | 388.29 |
| 04/10/02 | Tom Riley (mileage) #36586 | 2.24 |
| 04/29/02 | UPS #36827 | 212.82 |
| 04/30/02 | Fax Expense | 123.22 |
| 06/17/02 | Mileage #37138 | 2.66 |
| 07/29/02 | UPS #37462 | 26.95 |
| 09/11/02 | Pro-Video #37936 | 21.20 |
| 12/16/02 | UPS #38856 | 50.66 |
| 04/18/03 | U.S. Dist. Court Clerk #8134 | 75.00 |
| 04/23/03 | Clerk of Court #8136 | 75.00 |
| 04/29/03 | Pro Video #40061 | 10.55 |
| 05/01/03 | City Treasurer (parking) #8152 | 3.00 |
| 06/23/03 | Loretta Wilford, CSR #40480 | 388.22 |
| 10/14/03 | Clerk of Court #8270 | 75.00 |
| 06/28/04 | US Clerk of Court #43255 | 75.00 |
| 07/19/04 | MSI #43374 | 63.00 |
| 07/29/04 | Peter Riley (travel) #43533 | 75.00 |
| 09/22/04 | Travel #43997 | 371.78 |
| 09/22/04 | Travel #43997 | 461.90 |
| 01/12/05 | Clerk of Court #45492 | 75.00 |
| 02/28/05 | Kool & Nygren, Inc. #45875 | 51.63 |
| 03/01/05 | Clerk of Court #45926 | 75.00 |
| 04/04/05 | Barry Brandt #46253 | 25.00 |
| 04/20/05 | Barry Brandt #46401 | 25.00 |
| 06/07/05 | Tom Riley (mileage) #47283 | 10.53 |
| 06/07/05 | Tom Riley #47283 | 4.05 |
| 06/13/05 | UPS #46791 | 34.73 |

# TOM RILEY LAW FIRM, P.L.C.

Page 2

P.O. Box 998
Cedar Rapids, IA 52406
Telephone: (319) 363-4040

## STATEMENT FOR PROFESSIONAL SERVICES

November 17, 2006

MCLEOD SECURITIES LITIGATION

Our Case Code:  WATEI-1/TRR

NAME OF MATTER:  Business

| DATE | COSTS ADVANCED | AMOUNT |
|---|---|---|
| 06/22/05 | Clerk, US District Court  #8841 | 75.00 |
| 06/22/05 | Clerk, US District Ct, Northern Division  #8842 | 75.00 |
| 03/15/06 | UPS  #49069 | 15.75 |
| 08/15/06 | Clerk of Court  #50271 | 75.00 |

Advanced Costs Through: 11/17/06     $5,430.09

Current Fees and Costs Through: 11/17/06     $5,430.09

TOTAL AMOUNT DUE AND PAYABLE     $5,430.09

# FIRM BIOGRAPHY

**Tom Riley Law Firm, P.L.C.**
4040 First Avenue NE
Cedar Rapids, IA 52402-3140
Phone: (319) 363-4040
Fax: (319) 363-9789
trlf@trlf.com

The Tom Riley Law Firm, P.L.C. began in 1980 when Tom Riley withdrew from a large Cedar Rapids defense-oriented firm, Simmons, Perrine, Albright & Ellwood, where he had been a partner since 1960 and an associate since 1954. He began his own law firm with his son, Peter C. Riley, and Peter's law school colleague, T. Todd Becker. Tom Riley's goal was to establish a Plaintiffs' personal injury firm. The firm has grown to 13 trial lawyers. In 1988, the law firm opened its second office in Iowa City, Iowa, home of the University of Iowa.

Attorneys in the Tom Riley Law Firm have represented clients at trial in personal injury, wrongful death, products liability and professional negligence lawsuits throughout Iowa as well as in the majority of the 50 states. Most of the litigation in states outside of Iowa are claims by women or their survivors in products liability litigation involving Tampon-Toxic Shock Syndrome. Tom Riley and T. Todd Becker tried the first products liability case in the nation involving Toxic Shock Syndrome that resulted in a Plaintiff's verdict. See Kehm v. Proctor & Gamble, 724 F.2d 630 (8th Cir. 1983). Other noteworthy personal injury and medical malpractice cases include DeBurkart v. Louvar, 393 N.W.2d 131 (Iowa 1986), where the Iowa Supreme Court recognized the "Doctrine of Lost Chance," and Holmquist v. Volkswagen, 261 N.W.2d 516 (Iowa App. 1977), where the Iowa Supreme Court recognized the doctrine of "Spoliation of Evidence." The book Soap Opera: "The Inside Story of Procter & Gamble" by Wall Street Journal reporter Alecia Swasy, Random House, 1993, contains a chapter on the successful Toxic Shock Syndrome lawsuit (Kehm v. Procter & Gamble). The Right of Privacy by Ellen Alderman and Caroline Kennedy, Alfred Knopf, 1995, devotes a chapter to the $4.3 million verdict obtained by Tom Riley in favor of a young couple that celebrated their engagement night in a motel that had a two-way mirror on the wall.

The law firm is a leader in non-personal injury litigation as well, particularly agriculture-related cases. During the farm crisis affecting the Midwest in the 1980s, the Tom Riley Law Firm played a leading role in lender liability. In 1984, Peter C. Riley obtained one of the first verdicts against an Iowa farm lender, and the first to be upheld on appeal. Peterson v. First National Bank of Iowa, 392 N.W.2d 158 (Iowa App. 1986) upheld a verdict of $400,000.00 actual and $150,000.00 punitive damages. In 1985, Peter C. Riley obtained the first verdicts against various Production Credit Associations that are cooperative lenders and

members of the federally chartered Farm Credit system. See <u>Graber v. Iowa District Court</u>, 410 N.W.2d 224 (Iowa 1987). The Graber case resulted in a jury verdict barring collection of a $645,000.00 debt and also awarded damages of $1,515,436.00.

In 1986, Tom and Peter Riley obtained a verdict of $3,600,000.00 in <u>Knickerbocker v. First National Bank of Oelwein</u>, 827 F.2d 281 (8th Cir. 1987). Also in 1986, Tom and Peter Riley obtained a verdict of $335,000.00 on behalf of a farmer who sold land at the top of the market before farmland values collapsed but could not enforce the contract because of his attorney's negligence. <u>Burke v. Roberson</u>, 417 N.W.2d 209 (Iowa 1987) was the largest legal malpractice verdict in Iowa at the time. In 1990, Peter Riley obtained a verdict of $536,150.00 against a realtor for negligence in connection with selling farmland. See <u>Crutchley v. First Trust and Savings Bank</u>, 450 N.W.2d 877 (Iowa 1990). Attorney Mark Liabo obtained a verdict in 1989 of $4,200,000.00 actual and punitive damages against A. O. Smith and A. O. Smith Harvestore Products, Inc. for alleged fraud in the sale of Harvestore silos. The verdict was awarded to a single dairy farmer who claimed that the manufacturer's representations that Harvestore silos would protect feed from damage was false.

The Tom Riley Law Firm, P.L.C. does not typically handle criminal trial work. However, when Tom Riley was called upon by City Council Member for Finance for Cedar Rapids, Iowa, to defend him, Tom Riley accepted. The Commissioner was falsely charged with possession of marijuana and carrying a concealed weapon in 1998. Tom Riley obtained jury verdict acquittals on both charges.

# Peter C. Riley

<u>Tom Riley Law Firm, P.L.C.</u>
4040 First Avenue NE
Cedar Rapids, IA 52402-3140



**Phone:** (319) 363-4040

**Fax:** (319) 363-9789

**E-mail:** <u>peterr@trlf.com</u>

**Web site:** <u>http://www.trlf.com</u>

**Peter C. Riley** attended the University of Iowa. He received a Bachelor of Business Administration majoring in Accounting and Financial Management in May of 1976. He then sat for and passed the May, 1976 CPA exam, and was issued his certificate as a Certified Public Accountant by the Iowa Board of Accountancy in August of 1980.

Peter C. Riley attended the University of Iowa College of Law and graduated with a Juris Doctorate in 1980. He is admitted to practice before the Iowa Supreme Court, the United States District Courts for the Northern and Southern District of Iowa and the Eighth Circuit Court of Appeals.

In 1986, he was invited to be a Fellow of the Iowa Academy of Trial Lawyers. He is also a member of the Iowa Trial Lawyers Association and American Trial Lawyers Association.

Peter C. Riley is engaged in all facets of trial practice including commercial, corporate, real estate and probate litigation, in addition to personal injury litigation. During the farm crisis in Iowa in the 1980s, he began actively representing farm debtors and was a leader in the development of lender liability law in Iowa. See for example <u>Peterson v. First National Bank of Iowa</u>, 392 N.W.2d 158 (Iowa App. 1986) and <u>Graber v. District Court</u>, 410 N.W.2d 224 (Iowa 1987).

Current Employment Position(s):
: Member

Bar Admissions:
: Iowa, 1980
: U.S. District Court Northern District of Iowa, 1980
: U.S. District Court Southern District of Iowa, 1980
: U.S. Court of Appeals 8th Circuit, 1980
: U.S. Tax Court, 1992

Education:
: University of Iowa College of Law, Iowa City, Iowa, 1980
: J.D.
: University of Iowa College of Business Administration, Iowa City, IA, 1976
: BBA
: Major: Accounting
: Major: Financial Management

Representative Cases:

: *Clark v. Mincks*, 364 N.W.2d 226 (Iowa 1985)

: *Graber v. District Court for Washington County*, 410 N.W.2d 224 (Iowa 1987)

: *Coster v. Crookham*, 468 N.W.2d 802 (Iowa 1991)

: *Knickerbocker v. First National Bank of Oelwein*, 827 F.2d 281 (8th Cir. 1987)

Classes/Seminars Taught:
: Limited Liability Companies in Iowa, National Business Institute, Inc., 1996

: Rapid-Fire!, Iowa Trial Lawyers Association, 1997

: Choice of Business Entity in Iowa: How to Do it Right, National Business Institute, 1997

: Basic Estate Administration for the Iowa Paralegal, National Business Institute, Inc., 2000

: Limited Liability Companies in Iowa, National Business Institute, Inc., 2000

: Private Seminar for Governor of Iowa, CLE, 2001

Honors and Awards:
    CPA Certificate, 1980

Professional Associations and Memberships:
    Iowa State Bar Association, 1980 - Present
    Member

    Linn County Bar Association, 1980 - Present
    Member

Fraternities/Sororities:
    Sigma Chi

Birth Information:
    1954, Selma, Alabama

# Tom Riley
Tom Riley Law Firm, P.L.C.
4040 First Avenue NE
Cedar Rapids, IA 52402-3140



**Phone:** (319) 363-4040         **E-mail:** ellena@trlf.com

**Fax:**   (319) 363-9789         **Web site:** http://www.trlf.com

Current Employment Position(s):
   Founding Member

Bar Admissions:
   Iowa, 1952
   U.S. District Court Northern District of Iowa, 1952
   U.S. District Court Southern District of Iowa, 1972
   U.S. Court of Appeals 8th Circuit, 1970
   U.S. Court of Appeals 7th Circuit, 1977
   U.S. Court of Appeals 9th Circuit, 1996
   U.S. Supreme Court, 1966

Education:
   University of Iowa College of Law, Iowa City, Iowa, 1952
   J.D.
   University of Iowa, Iowa City, Iowa, USA, 1950
   B.A.
   Major: Political Science

Published Works:
   *Proving Punitive Damages: The Complete Handbook*, Prentice Hall, 1981

   *Price of a Life: One Woman's Death from Toxic Shock*, Adler and Adler, 1986

   *Trial Handbook for Iowa Lawyers*, Lawyers Cooperative Pub. Co., 1997

*Iowa Practice: Civil Litigation Handbook 2000-2001*, West Group

*Trial Masters: Strategies and Tactics that Win Cases, Trial Diplomacy Journal, Article on Punitive Damages*, Prentice Hall, 1984

*Punitive Damages: The Doctrine of Just Enrichment*, 27 Drake Law Review 194, Summer, 1978

*Opening Statement--Winning at the Outset*, American Journal of Trial Advocacy, Vol. 3, No. 2, Fall, 1978

*Cross Examination: The Art of Gentle Persuasion*, Trial Diplomacy Journal, Vol. 6, No.1, Spring, 1983

*Protective Orders: Machiavelli Would Be Please*, Trial, Vol. 20, No. 12, November, 1984

*The ABC's of Cross-Examination*, 41 Drake Law Review 35, Fall, 1992

*Toxic Shock Syndrome: Proving Causation Before Science Has*, American Journal of Trial Advocacy, Vol. 6, No. 1, Summer, 1982

## Representative Cases:

Holmquist v. Volkswagen, 261 N.W.2d 516 (Iowa App. 1977)

Kehm v. Proctor & Gamble, 724 F.2d 630 (8th Cir. 1983)

DeBurkart v. Louvar, 393 N.W.2d 131 (Iowa 1986)

Nesler v. Fischer, 452 N.W. 2d 191 (Iowa 1990)

Vinson v. Linn-Mar Community School District, 360 NW2d 108 (Iowa 1985)

Coster v. Crookham, 468 N.W. 802 (Iowa 1991)

Knickerbocker v. First National Bank of Oelwein, 827 F.2d 281 (8th Cir. 1987)

Huber v. Watson, 568 N.W.2d 787 (Iowa 1997)

## References:

Michael W. Dunn, President, F & M Bank, Cedar Rapids, IA

Classes/Seminars Taught:
    Adjunct Professor, Trial Advocacy, University of Iowa, College of Law, 1979 - 1980

    Adjunct Professor, University of Iowa, College of Law, 1976 - 1982

    Trial Advocacy Lecture, Iowa Academy of Trial Lawyers, 1975

    Trial Advocacy Lecture, Nebraska Trial Lawyers Association, 1978

    Trial Advocacy Lecture, Kentucky Trial Lawyers Association, 1982

    Trial Advocacy Lecture, Association of Trial Lawyers of America, Toronto Canada, 1982

    Trial Advocacy Lecture, Tennessee Bar Association Annual Meeting, 1982 - 1998

    Trial Advocacy Lecture, Belli Society Seminar, 1988

    Trial Advocacy Lecture, Iowa Association of Trial Lawyers, 1990

    Trial Advocacy Lecture, Iowa Association of Defense Counsel Annual Meeting, 1991

    Trial Advocacy Lecture, Iowa State Bar Association,, 2000

    Private Seminar for Governor of Iowa, CLE, 2001

Honors and Awards:
    Fellow, Iowa Academy of Trial Lawyers, 1969 - Present

    Chairman of Governor's Advisory Commission on Aging (State of Iowa), 1963

    Delegate to the White House Conference on Aging, 1971

    The Best Lawyers in America, 2000 - 2001

Professional Associations and Memberships:
    Iowa Trial Lawyers Association, Board of Governor's
    2000 - Present, Member

    Iowa Association of Trial Lawyers, 1990 - Present

    Court Practice Institute
    1976 - 1980, Member of Faculty

    Judge Advocate, USAF (Korean War), 1952 - 1954
    First Lieutenant

    Iowa State House of Representatives
    1961 - 1965, Member

    Iowa Academy of Trial Lawyers, Board of Governor's, 1981 - 1990
    Member

    Iowa State Commission on Aging
    1971, Member

**Fraternities/Sororities:**
    Alpha Tau Omega
    Delta Theta Phi

**Birth Information:**
    1929, Cedar Rapids, Iowa