IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

IN RE MCLEODUSA INCORPORATED
SECURITIES LITIGATION

No. C02-0001-MWB

TRANSCRIPT OF
FAIRNESS HEARING



The Hearing held before the Honorable Mark W. Bennett, Chief Judge of the United States District Court for the Northern District of Iowa, at the Federal Courthouse, 320 Sixth Street, Sioux City, Iowa, November 29, 2006, commencing at 8:30 a.m.